[No. 476.   Decided March 29, 1892.]

FRED PAGE TUSTIN, *Assignee Appellant*, v. J. M. McFAR-
LAND, *et al.*, *Respondents*.

APPEAL—DISMISSAL—FAILURE TO FILE BRIEFS.

Where appellant failed to file a transcript until several months
after it was due, and thereafter failed to file his brief within the
time limited, respondents' motion to dismiss, under rule 18, will be
granted where appellant's only excuse for this delay in filing his
brief was that he was not sure whether the delayed filing of the
transcript was sufficient.

*Appeal from Superior Court, Walla Walla County.*

Action by Fred Page Tustin, assignee, against J. M.
McFarland and others.   Judgment for defendants, and
plaintiff appeals.   Motion to dismiss for want of appel-
lant's brief, under rule 18 of the supreme court.

*A. E. Isham*, for appellant.
*B. L. & J. L. Sharpstein*, for respondents.

The opinion of the court was delivered by

STILES, J.—There was great delay in filing the tran-
script, but it was filed in the month of January.   After
upwards of forty days, respondents move to dismiss, no
brief having been filed by appellant.   In response, a
counter motion is made for leave to file briefs, and for the
hearing of the cause.   No reason is given for this delay,
except that counsel was not sure whether or not the de-
layed filing of the transcript was sufficient.   We do not
think the showing a good one.   Counsel for respondents
were very lenient in not moving to dismiss for failure to
file the transcript until several months after it was due;
and they would probably have stipulated that the cause
might go on had they been applied to.   But no applica-

tion, either to them or the court, was made until the hearing of their motion to dismiss. We think the delay was unreasonable, and that the appeal should be dismissed.

ANDERS, C. J., and DUNBAR, SCOTT and HOYT, JJ., concur.